UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-81424-CIV-MIDDLEBROOKS

NICHOLAS PETER JOSLYN,

    Plaintiff,

v.

ESSENTIA NATURAL MEMORY FOAM, INC.

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice ("Motion"), filed on February 3, 2017. (DE 38). When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). After careful consideration of the settlement agreement, the Court finds that it represents a fair and reasonable resolution of the Parties' bona fide FLSA suit. *See id.* at 1354. Accordingly, it is hereby,

**ORDERED AND ADJUDGED** that

1. The Parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice (DE 38) is **GRANTED**;

2. The settlement agreement is **APPROVED** as fair and reasonable resolution of the Parties' FLSA dispute;

3. This action is **DISMISSED WITH PREJUDICE** with each party to bear its own attorneys' fees and costs, except as otherwise provided for in the settlement agreement; and

4. The Clerk of the Court is directed to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 6 day of February, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record